■ In the Matter of the Arbitration between PORT AUTHORITY OF NEW YORK AND NEW JERSEY, Respondent, and GUS DANESE, as President of the Port Authority Police Benevolent Association, Inc., Appellant.—Judgment, Supreme Court, New York County (Kristin Booth Glen, J.), entered on April 9, 1990, unanimously affirmed for the reasons stated by Kristin Booth Glen, J., without costs. No opinion. Concur—Murphy, P. J., Carro, Kupferman, Asch and Kassal, JJ.

■ A. COLISH, INC., et al., Appellants, v STEVEN J. ABRAMSON et al., Respondents.—Order, Supreme Court, New York County (Shirley Fingerhood, J.), entered on October 25, 1989, unanimously affirmed for the reasons stated by Shirley Fingerhood, J., without costs. No opinion. Concur—Carro, J. P., Ellerin, Kupferman, Kassal and Rubin, JJ.